Affidavit
Eric Miguel Penate
Escrow Number 20070001
Certified Mail Number 7006 3450 2034 4706

Alameda County )

) Asseveration )
)
California state ) L. S. _____

The United States of America) only in capacity as beneficiary of the Original Jurisdiction

FIAT JUSTITIA, RUAT COELUM Let Right Be Done, Though The Heavens Should Fall

**AFFIDAVIT in SUPPORT OF LETTER ROGATORY**

I, Eric Miguel Penate, in correct public capacity as beneficiary to the Original Jurisdiction, being of majority in age, competent to testify, a self realized entity, a free man upon the land, my yes be yes, my no be no, do state that the truths and facts herein are of first hand personal knowledge, true, correct, complete, certain, not misleading, so help me YHVH.

1. Affiant has not seen or been presented with any material fact or evidence that Eric Miguel Penate is obligated to perform to your demands and believes that none exists.

2. Affiant has not seen or been presented with any material fact or evidence that Eric Miguel Penate is the party receiving the value alleged as exchanged and believes that none exists.

3. Affiant has not seen or been presented with any material fact or evidence that Eric Miguel Penate and WILSHIRE CREDIT CORPORATION had a meeting of the minds regarding the waiver of notice of protest and believes that none exists.

4. Affiant has not seen or been presented with any material fact or evidence that Eric Miguel Penate voluntarily waived notice of protest and believes that none exists.

5. Affiant has not seen or been presented with any material fact or evidence that Eric Miguel Penate was notified of a dishonor and believes that none exists.

6. Affiant has not seen or been presented with any material fact or evidence that the "LOAN STATEMENT" are not an attempt to defraud said party in order to avoid conducting a costly investigation for the truth and believes that none exists.

7. Affiant has not seen or been presented with any material fact or evidence that the charges delineated in the "LOAN STATEMENT", aren't an attempt by an agent of a defrauding party to assign blame for an act NOT committed by the purported 'debtor', in order to avoid conducting the inquiry mandated by law and believes that none exists.

8. Affiant has not seen or been presented with any material fact or evidence that the charges delineated in the "LOAN STATEMENT", isn't an attempt by an agent of a defrauding party without first hand knowledge, and upon hearsay, to presume the undersigned owes a debt and believes that none exists.

9. Affiant has not seen or been presented with any material fact or evidence that Eric Miguel Penate received goods, services, or other benefits from the true creditor, for whom you, WILSHIRE CREDIT CORPORATION, purport to be and believes that none exists.

10. Affiant has not seen or been presented with any material fact or evidence that WILSHIRE CREDIT CORPORATION can and is willing to produce the original instrument contract Eric Miguel Penate is alleged to have created that makes him liable and believes that none exists.

11. Affiant has not seen or been presented with any material fact or evidence that WILSHIRE CREDIT CORPORATION can and is willing to demonstrate the original instrument, which Eric Miguel Penate is alleged to have created, has not been endorsed over to other parties each time, if said instrument has changed hands and believes that none exists.

Affidavit
Eric Miguel Penate
Escrow Number 20070001
Certified Mail Number 7006 3450 2034 4706

12. Affiant has not seen or been presented with any material fact or evidence that the original instrument, which Eric Miguel Penate is alleged to have created has not been endorsed over to a GSE (Government Sponsored Enterprise) and believes that none exists.

13. Affiant has not seen or been presented with any material fact or evidence that WILSHIRE CREDIT CORPORATION or WILSHIRE CREDIT CORPORATION'S attorneys do not know or cannot discover that the application Eric Miguel Penate is alleged to have created, isn't a security agreement and believes that none exists.

14. Affiant has not seen or been presented with any material fact or evidence that Eric Miguel Penate signature is on the original instrument Eric Miguel Penate is alleged to have created and believes that none exists.

15. Affiant has not seen or been presented with any material fact or evidence that WILSHIRE CREDIT CORPORATION or WILSHIRE CREDIT CORPORATION'S attorneys do not know or cannot discover that the amount limit on the application isn't a line of credit and believes that none exists.

16. Affiant has not seen or been presented with any material fact or evidence that WILSHIRE CREDIT CORPORATION or WILSHIRE CREDIT CORPORATION'S attorneys do not know or cannot discover that the amount limit on the application isn't the amount of the bond behind the security and believes that none exists.

17. Affiant has not seen or been presented with any material fact or evidence that WILSHIRE CREDIT CORPORATION or WILSHIRE CREDIT CORPORATION'S attorneys do not know or cannot discover that the amount limit on the application isn't a line of credit, indicating that a third party is prepared to guarantee the 'applicant' is good for up to that amount and believes that none exists.

18. Affiant has not seen or been presented with any material fact or evidence that WILSHIRE CREDIT CORPORATION or WILSHIRE CREDIT CORPORATION'S attorneys do not know or cannot discover that the bond underwrites the creation of the funds and believes that none exists.

19. Affiant has not seen or been presented with any material fact or evidence that WILSHIRE CREDIT CORPORATION or WILSHIRE CREDIT CORPORATION'S attorneys do not know or cannot discover that the amount limit on the application doesn't provide a blank check up to the credit limit and believes that none exists.

20. Affiant has not seen or been presented with any material fact or evidence that WILSHIRE CREDIT CORPORATION or WILSHIRE CREDIT CORPORATION'S attorneys do not know or cannot discover that the amount limit on the application doesn't provide a blank check up to the credit limit, which WILSHIRE CREDIT CORPORATION can use whatever the 'applicant' does not' use' and believes that none exists

21. Affiant has not seen or been presented with any material fact or evidence that WILSHIRE CREDIT CORPORATION or WILSHIRE CREDIT CORPORATION'S attorneys do not know or cannot discover that the amount limit on the application doesn't provide a blank check up to the credit limit, which WILSHIRE CREDIT CORPORATION uses for investments on return and believes that none exists.

22. Affiant has not seen or been presented with any material fact or evidence that WILSHIRE CREDIT CORPORATION or WILSHIRE CREDIT CORPORATION'S attorneys do not know or cannot discover that WILSHIRE CREDIT CORPORATION isn't the trustee on the account and believes that none exists.

23. Affiant has not seen or been presented with any material fact or evidence that WILSHIRE CREDIT CORPORATION or WILSHIRE CREDIT CORPORATION'S attorneys do not know or cannot discover that WILSHIRE CREDIT CORPORATION does not profit from the signature of the security agreement and believes that none exists.

24. Affiant has not seen or been presented with any material fact or evidence that WILSHIRE CREDIT CORPORATION or WILSHIRE CREDIT CORPORATION'S attorneys do not know or cannot discover that WILSHIRE CREDIT CORPORATION does not profit from the investments on the secured line of credit 'granted' by the application and believes that none exists.

25. Affiant has not seen or been presented with any material fact or evidence that WILSHIRE CREDIT CORPORATION or WILSHIRE CREDIT CORPORATION'S attorneys do not know or cannot discover that

Affidavit
Eric Miguel Penate
Escrow Number 20070001
Certified Mail Number 7006 3450 2034 4706

WILSHIRE CREDIT CORPORATION does not profit from the signature of the security agreement and believes that none exists.

26. Affiant has not seen or been presented with any material fact or evidence that WILSHIRE CREDIT CORPORATION or WILSHIRE CREDIT CORPORATION'S attorneys do not know or cannot discover that the merchandise is merely the premium to induce the purchase of the debt and believes that none exists.

27. Affiant has not seen or been presented with any material fact or evidence that WILSHIRE CREDIT CORPORATION or WILSHIRE CREDIT CORPORATION'S attorneys do not know or cannot discover that if the application Eric Miguel Penate is alleged to have created, is produced, that the party possessing said instrument, isn't required to give up the line of credit and believes that none exists.

28. Affiant has not seen or been presented with any material fact or evidence that WILSHIRE CREDIT CORPORATION or WILSHIRE CREDIT CORPORATION'S attorneys do not know or cannot discover that if the application Eric Miguel Penate is alleged to have created, is produced, that the party possessing said instrument, isn't still using the line of credit, while WILSHIRE CREDIT CORPORATION is demanding payment and believes that none exists.

29. Affiant has not seen or been presented with any material fact or evidence that WILSHIRE CREDIT CORPORATION or WILSHIRE CREDIT CORPORATION'S attorneys do not know or cannot discover that the WILSHIRE CREDIT CORPORATION isn't required to provide Eric Miguel Penate with the amount Eric Miguel Penate has paid in, to date and believes that none exists.

30. Affiant has not seen or been presented with any material fact or evidence that WILSHIRE CREDIT CORPORATION or WILSHIRE CREDIT CORPORATION'S attorneys do not know or cannot discover that WILSHIRE CREDIT CORPORATION cannot admit that Eric Miguel Penate has paid something to WILSHIRE CREDIT CORPORATION, to date and believes that none exists.

31. Affiant has not seen or been presented with any material fact or evidence that Eric Miguel Penate willingly and knowingly accepted, or intended to accept extraordinary admiralty benefits for which you, your agency, or anyone at your agency, purport to collect and believes that none exists.

32. Affiant has not seen or been presented with any material fact or evidence that the WILSHIRE CREDIT CORPORATION is prepared to identify the true creditor and believes that none exists.

33. Affiant has not seen or been presented with any material fact or evidence that the 'claims' made by WILSHIRE CREDIT CORPORATION is predicated upon the verified claims of the true creditor 'claimant', as true, correct, complete, and not misleading and believes that none exists.

34. Affiant has not seen or been presented with any material fact or evidence that the 'claims' made by the WILSHIRE CREDIT CORPORATION is predicated upon the verified claims of the true creditor/'claimant', and not the presumptions of the collection agent, unless said agent verifies that he/she can validate the 'claims' as true, correct, complete, and not misleading, under his/her/its full commercial liability and believes that none exists.

35. Affiant has not seen or been presented with any material fact or evidence that the purported protest assessed against the party allegedly in dishonor, was predicated upon something other than said dishonor and believes that none exists.

36. Affiant has not seen or been presented with any material fact or evidence that the purported protest assessed against the party allegedly in dishonor, was predicated upon something other than said dishonor, namely the 'substantive claim' and believes that none exists.

37. Affiant has not seen or been presented with any material fact or evidence that the purported protest assessed against the party allegedly in dishonor, was preceded with an opportunity to cure said dishonor, prior to the making of said demand, unless a waiver of notice of protest can be produced and believes that none exists

38. Affiant has not seen or been presented with any material fact or evidence that if the purported protest assessed against the party allegedly in dishonor, and was not preceded with an opportunity to cure said dishonor, prior to the making of said demand, said 'protest' is permitted, in law, to **occur in secret** and believes that none exists.

Affidavit
Eric Miguel Penate
Escrow Number 20070001
Certified Mail Number 7006 3450 2034 4706

39. Affiant has not seen or been presented with any material fact or evidence that if the purported protest assessed against the party allegedly in dishonor, and was not preceded with an opportunity to cure said dishonor, prior to the making of said demand, said 'protest' is permitted, in law, to **underlie the filing of an any claim, once the dishonor is cured** and believes that none exists

40. Affiant has not seen or been presented with any material fact or evidence that if the purported protest assessed against the party allegedly in dishonor, and was not preceded with an opportunity to cure said dishonor, prior to the making of said demand, said 'protest' is permitted, in law, to proceed, in the absence of evidence of disclosure the notice of dishonor/protest was waived.

41. Affiant has not seen or been presented with any material fact or evidence that there was a meeting of the minds between the undersigned and the alleged 'claimant' as to the notice of dishonor/protest and believes that none exists.

42. Affiant has not seen or been presented with any material fact or evidence that if the purported protest assessed against the party allegedly in dishonor, and was not preceded with an opportunity to cure said dishonor, prior to the making of said demand, the drafter of the 'LOAN STATEMENT' is not required to re-draft purported 'claimant' for an affidavit, true, correct, complete, and not misleading, stating a claim and believes that none exists.

43. Affiant has not seen or been presented with any material fact or evidence that the 'LOAN STATEMENT' is not an outrageous claim intended as a lure to create the status of dishonor in the undersigned and believes that none exists.

44. Affiant has not seen or been presented with any material fact or evidence that if the purported 'protest' did **occur in secret, the party allegedly in dishonor,** was not denied due process and the opportunity to handle his commercial affairs properly and believes that none exists.

45. Affiant has not seen or been presented with any material fact or evidence that the presumptions of the true 'claimant' have been attested to as true, correct, complete, and not misleading.

46. Affiant has not seen or been presented with any material fact or evidence that the presumptions of the true 'claimant' have been attested to as true, correct, complete, and not misleading, from a 'claimant' party with personal knowledge and believes that none exists.

47. Affiant has not seen or been presented with any material fact or evidence that the presumptions of the true 'claimant' have been attested to as true, correct, complete, and not misleading, from the representatives of the 'claimant' party, ergo, the attorneys for said 'claimant' party, having personal knowledge and believes that none exists.

48. Affiant has not seen or been presented with any material fact or evidence that the attorneys for either or both the true creditor and/or its collection agency, do not know and cannot discover that the 'LOAN STATEMENT' is an outrageous claim designed to lure the undersigned into a dishonor and believes that none exists.

49. Affiant has not seen or been presented with any material fact or evidence that the attorneys for either or both the true creditor and/or its collection agency, do not know or cannot discover that the 'LOAN STATEMENT' is an outrageous claim designed to lure the undersigned into a dishonor, under the full commercial liability of each associated with the 'LOAN STATEMENT' and believes that none exists.

50. Affiant has not seen or been presented with any material fact or evidence that any controversy requiring settlement can be done by anything other than via payment of asset monies, to discharge the 'claims'/charges entered into bookkeeping entries, which the undersigned offers via this Conditional Acceptance and believes that none exists.

51. Affiant has not seen or been presented with any material fact or evidence that any controversy requiring settlement can be done by anything other than via payment of asset monies, no matter how long said establishment of the account takes, to insure proper and complete delivery of asset instruments and believes that none exists.

52. Affiant has not seen or been presented with any material fact or evidence that evidence (of the admissible kind) which establishes that if the undersigned is now offering settlement of the alleged 'claims', regardless of

Affidavit
Eric Miguel Penate
Escrow Number 20070001
Certified Mail Number 7006 3450 0001 2034 4706

the nature of the debt, the identity of the 'debtor' and/or the method of settlement, in asset funds pending the establishment of said account, in order to permanently close the alleged account, the true creditor or its collection agency is not required to await the establishment of the asset money account and believes that none exists.

53. Affiant has not seen or been presented with any material fact or evidence that evidence (of the admissible kind) which establishes that the prior dishonor of the undersigned was anything other than inadvertent and believes that none exists.

54. Affiant has not seen or been presented with any material fact or evidence that the charges delineated in the LOAN STATEMENT are due and owing by the entity cited thereon and believes that none exists.

Further, Affiant saith not.

DATED: the ninth day of the ninth month, in the year of our Lord, Two thousand and seven [September 9 AD 2007] near San Francisco, Ca.

Eric Miguel Penate in corporate capacity as beneficiary of the Original Jurisdiction

Seal

JURAT:

SUBSCRIBED AND SWORN TO before me by Eric Miguel Penate, moral sentient being, proven to me to be the flesh and blood woman signing this document this 12 day of September, 2007

SAN MATEO COUNTY
~~Alameda County~~

Notary public for California _____

State of California, County Of San Mateo
Subscribed & sworn before me
On 12 day of SEPT, 2007
By ERIC MIGUAL PENATE
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____

SHASHI SHETH
Commission # 1618359
Notary Public - California
San Mateo County
My Comm. Expires Nov 30, 2009

Page 5 of 5 Pages