Certificate of Non Response of the
Conditional Acceptance, Letter Rogatory and Affidavit
Eric-Miguel:Penate
Escrow Number 20070001
Certified Mail Number 7007 0220 0001 8614 4530

Eric-Miguel:Penate
26021 Gettysburg Ave.
Hayward, California
Zip Code Exempt
[DMM 122.32] as amended

WILSHIRE
PO BOX 8517
Portland, Oregon 97207-8517

October 23, 2007

# NOTICE

# CERTIFICATE OF NON-RESPONSE

California State           }
ṢAN MATEO ~               } Scilicet
~~Alameda~~ County         }

### COMMERCIAL OATH AND VERIFICATION

RE:    NON-RESPONSE to Private Conditional Acceptance for Honor for Value and Proof of Claim in the nature of Request for discovery to exhaust s Private Administrative Remedy in the matter of Eric-Miguel:Penate v. WILSHIRE CREDIT CORPORATION.

"Indeed, no more that (affidavits) is necessary to make a prima facia case." United States v. Kis, 658 F2d 526, 536 (7th Cir. 1981); Cert Denied, 50 US LW 2169; S. Ct. March 22, 1982.

That I, Shashi Sheth, a Notary, of the State of California, in good standing, being first duly sworn, depose and say and declare by my signature that the following facts are true, correct and complete and not misleading, with first hand knowledge of the facts stated below.

I, Shashi Sheth, the undersigned, a Third Party, not a party to the matter, certify that a Private Conditional Acceptance for Honor and Value in the Nature of a Request for Discovery was sent by the undersigned to WILSHIRE CREDIT CORPORATION, via Certified Mail # *7006 3450 0001 2035 79041* Return Receipt Requested with Certified Mail Number contained thereon, which was mailed by the undersigned on the 13th day of September, 2007.

1. That the evidence shows that WILSHIRE CREDIT CORPORATION, named in this administrative remedy was duly served by Certified Mail on and before September 17, 2007 AD.

2. That WILSHIRE had 3 days to answer and the 3 days to answer concluded on September 23, 2007 AD including the 3 additional; days for mailing.

3. That this CERTIFICATE OF NON RESPONSE is served on October 23, 2007, with 3 day to respond beginning the day after service and an additional 3 days for mailing the response.

4. Eric-Miguel:Penate is offering WILSHIRE an opportunity to cure the Dishonor.

6. That no response to the initial correspondence is evidenced by U.S. MAIL or any private carrier.

Certificate of Non Response of the
Conditional Acceptance, Letter Rogatory and Affidavit
Eric-Miguel:Penate
Escrow Number 20070001
Certified Mail Number 7007 0220 0001 8614 4530

7. That WILSHIRE is in Dishonor, without recourse, and is found in agreement and harmony with Eric-Miguel:Penate 's Private Administrative Remedy.

8. Shashi Sheth further sayeth naught.

SUBSCRIBED AND SWORN _____ /s/ Shashi Sheth _____
Shashi Sheth, Notary Acceptor

The above named affiant, personally known to me, appeared before me a Notary, Sworn and under Oath this ___24___ day of ___Oct___, 2007..

_____ /s/ Smita Sheth _____
Notary                                            Seal

SMITA SHETH
Commission # 1625185
Notary Public - California
San Mateo County
My Comm. Expires Nov 29, 2009

Page 2 of 2 Pages

Certificate of Service of Certificate of Non Response to
Conditional Acceptance, Letter Rogatory and Affidavit
Eric-Miguel:Penate
Escrow Number 20070001
Certified Mail Number 7007 0220 0001 8614 4530

## CERTIFICATE OF SERVICE

On this **24** day of      2007, I served the following by Certified Mail Number

Return Receipt Requested.

1. CERTIFICATE OF NON RESPONSE, subscribed by Eric-Miguel:Penate to the following party.



I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, certain, complete and not misleading.. Executed on this **24**th day of     2007

_____, Notary Acceptor

State of California, County Of San Mateo
Subscribed & sworn before me
On **29** day of **OCT**, 20**07**
By **ERIC MIGUEL PENATE**
Proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

Signature _____



SHASHI SHETH
Commission # 1618359
Notary Public - California
San Mateo County
My Comm. Expires Nov 30, 2009

Page 1 of 1 Page