Certificate of Dishonor of the
Conditional Acceptance, Letter Rogatory and Affidavit
of Eric: Penate
Escrow Number 20070001
Certified Mail Number 7007 1490 0005 1252 7734

Eric: Penate
Without Prejudice
26021 Gettysburg Ave
Hayward, California
Zip Code Exempt
[DMM 122.32] as amended

WILSHIRE CREDIT CORPORATION
JAY MEMMOTT
CEO
P.O. BOX 8517
PORTLAN, OREGON 97207-8517

December 11, 2007

# NOTICE

# CERTIFICATE OF DISHONOR

This Notarized Document is the official **CERTIFICATE OF DISHONOR** of the CONDITIONAL ACCEPTANCE, LETTER ROGATORY and AFFIDAVIT IN SUPPORT OF LETTER ROGATORY.

### NOTARIAL PROTEST CERTIFICATE

1. Eric:Penate has recruited the Notary Public, Shashi Sheth, authorized to certify dishonor of the Conditional Acceptance, Letter Rogatory and Affidavit in Support of Letter Rogatory, and to present this **ADMINISTRATIVE JUDGMENT BY ESTOPPEL** against WILSHIRE CREDIT CORPORATION in accordance with UCC 3-505.

### COMMERCIAL OATH AND VERIFICATION

SAN MATEO
~~Alameda~~ County )

California state )

Notary Acceptor, _____, under her Commercial Oath with unlimited liability, proceeding in good faith, being of sound mind states that the facts contained herein are true, correct, complete and not misleading of my private first hand knowledge and belief under penalty of International Commercial Law.

1. That the evidence shows that the parties listed above were duly served with a CERTIFICATE OF NON RESPONSE. by Certified Mail, Return Receipt Requested on November 30, 2007, AD.

Certificate of Dishonor of the
Conditional Acceptance, Letter Rogatory and Affidavit
of Eric Penate
Escrow Number 20070001
Certified Mail Number 7007 1490 0005 1252 7734

2. That the three (3) days to answer concluded on December 4, 2007 AD

3. That the three (3) days for the return mailing concluded on December 7, 2007 AD

4. That the three (3) days for the OPPURTUNITY TO CURE THE DISHONOR concluded December 11, 2007 AD.

5. That the three (3) days for the return mailing concluded on December 11, 2007 AD

6. That the above named parties are now in **DISHONOR**

Notary Acceptor further sayeth naught.

SUBSCRIBED AND SWORN _____ *[signature]* Sheth
                              Notary Acceptor

The above Affidavit is certified true, correct, complete, certain, and not misleading, under the penalty of Perjury.

By: Shashi Sheth  a Notary Public under court seal in her capacity as a Notary in good

standing with the STATE OF CALIFORNIA

(Seal)

On this, the 10th day of December, 2007, before me a Notary Public, the above, personally appeared, Shashi Sheth, known to me, or satisfactorily proven to be the being whose name is subscribed to the within instrument, and acknowledged that she executed the same for the purpose therein contained.

In Witness Whereof, I have hereunto set my hand and Notarial Seal.

_____Smita Sheth_____                                     Seal
Notary Public

> SMITA SHETH
> Commission # 1625185
> Notary Public - California
> San Mateo County
> My Comm. Expires Nov 29, 2009

Invoice

Eric: Penate
Without Prejudice
26021 Gettysburg Ave
Hayward, California
Zip Code Exempt
[DMM 122.32] as amended

WILSHIRE
JAY MEMMOTT
CEO
P.O. BOX 8517
PORTLAND, OREGON 97207-8517

December 11, 2007

## NOTICE

## I N V O I C E

### NOTICE FOR DEMAND AND SETTLEMENT, FOR CLOSING OF THE

### ESCROW NUMBER EP20070001

WILSHIRE, having failed to respond to the Private Remedy to correct the injury to Eric: Penate, have agreed to the following True Bill in the amount stated on the invoice.

### ACCOUNTING AND TRUE BILL

CLEOPATRA HASLIP et al.
v.
PACIFIC MUTUAL LIFE INSURANCE, INC.
499 U.S.1, 113 Fed 2d 1, 111 S.Ct. 1032 (no. 89-1279)

For Conversion                                4 times for Compensatory Damages
                                              200 times for Punitive Damages

Page 1 of 2 Pages

Invoice

## ACCOUNTING AND TRUE BILL

Libellant is entitled to return of all funds paid by ERIC PENATE for the year (s) 2006 and 2007 where Libellant paid monthly payments, plus all late fees and interest fraudulently charged, and $75.00 per hour for all time spent on all letters to WILSHIRE personnel and "Acceptance for Value" paperwork through December 11, 2007.

### CONVERSION FOR UNAUTHORIZED ACTS AGAINST SECURED PROPERTY

### COMPUTED AS FOLLOWS

| | |
|---|---|
| $ 722,856.00 | Sum Certain of Actual Cost Funds |
| X 4. | Rights Violations Compensation Multiplier |
| $ 2,891,424.00 | Compensatory Damages |
| $ 722,856.00 | Sum Certain of Actual Cost Funds |
| X 200.00 | Punitive Damages Multipliers |
| $ 14,457,120.00 | Punitive Damages |
| $ 2,891,424.00 | Compensatory Damages |
| $ 14,457,120.00 | Punitive Damages |
| $ 17,348,544.00 | Total Damages for Conversion |

### SUM CERTAIN FOR CONVERSION

$ 17,348,544.00 as of December 11, 2007

SEVENTEEN MILLION THREE HUNDRED FORTY EIGHT THOUSAND FIVE HUNDRED FORTY FOUR AND 00 /100 DOLLARS

"Libellant reserves the right to amend and correct and adjust the accounting and True Bill"

"Libellant reserves the right to amend and correct and adjust the accounting and True Bill"

The progressive Sum Certain in US Dollars is in numerical parity with the Euro Dollar and any other superior currency backed by gold. Sum Certain may also be paid in any numerical value in gold and equal value in real property and natural resources, and any agreeable combination of the above.

Eric: Penate, Creditor, Secured Party

State of California, County Of San Mateo
Subscribed & sworn before me
On __10__ day of __DEC__, 20__07__
By __ERIC PENATE__
Proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

Signature _____

SHASHI SHETH
Commission # 1618359
Notary Public - California
San Mateo County
My Comm. Expires Nov 30, 2009

Page 2 of 2 Pages

Certificate of Service of
Certificate of Dishonor of the
Conditional Acceptance, Letter Rogatory and Affidavit
of Eric: Penate
Escrow Number 20070001
Certified Mail Number 7007 1490 0005 1252 7734

# CERTIFICATE OF SERVICE

On this __10__ day of december, 2007, I served the following by Certified Mail Number 7007 1490 0005 1252 7734, Return Receipt Requested.

1. CERTIFICATE OF DISHONOR, subscribed by Eric:Penate to the following party.

WILSHIRE
JAY MEMMOTT
CEO
P.O. BOX 8517
PORTLAND, OR 97207-8517

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true, correct, complete, certain, and not misleading.

Executed on this __10__ th day of December, 2007

_____
Notary Acceptor

SHASHI SHETH
Commission # 1618359
Notary Public - California
San Mateo County
My Comm. Expires Nov 30, 2009

State of California, County Of San Mateo
Subscribed & sworn before me
On __10__ day of __DEC__, 20__07__
By __ERIC PANATE__
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____

Page 1 of 1 Page