Certificate of Service of
Conditional Acceptance, Letter Rogatory and Affidavit
Escrow Number 20070001
Certified Mail Number 7006 3450 0001 2034 4706

### CERTIFICATE OF SERVICE

On this \_\_12\_\_ day of September ~~9~~, 2007, I served the following by Certified Mail Number 7006 3450 0001 2034 4706, Return Receipt Requested.

Conditional Acceptance, Letter Rogatory and Affidavit in support of Letter Rogatory, subscribed by Eric Miguel Penate to the following party.

WILSHIRE CREDIT CORPORATION
P.O. BOX 8517
Portland Oregon 94545-2905

*Eric Penate* [signature]

'I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, certain, complete and not misleading.. Executed on this \_12\_<sup>th</sup> day of September, 2007

_____ [signature]
, Notary Acceptor

State of California, County Of San Mateo
Subscribed & sworn before me
On \_12\_ day of \_\_SEPT\_\_, 20\_07\_
By \_\_ERIC PENATE\_\_
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ [signature]



SHASHI SHETH
Commission # 1618359
Notary Public - California
San Mateo County
My Comm. Expires Nov 30, 2009