~~SUPERIOR~~ DISTRICT COURT, STATE OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB 15 PM 3:35
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC M. PENATE ) | Case No.: No. 08-0643 MHP |
| C/o 26021 Gettysburg Av., ) | MEMORANDUM OF MORE DEFINITATIVE STATEMENT |
| Hayward, California Zip Code Exempt, ) | |
| Libellant, ) | |
| vs. ) | |
| WILSHIRE CREDIT CORP. et. Al. ) | |
| C/o P.O. Box 78148 ) | |
| Portland, Oregon [97207] ) | |
| Libellee, ) | |

MEMORANDUM

Now, by special appearance, comes ERIC M. PENATE, the flesh and blood man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, or the like, to make the following AFFIDAVIT with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead or delay.

1.) I am of legal age, competent to testify and under no legal disability.

2.) Libellant has filed an action for declaratory judgment as a result of libellee's breach of agreement.

3.) Libellant has exhausted his administrative remedies in this instant matter.

4.) Libellant seeks a default judgment as libellees have failed to rebut the complaint.

5.) Libellees have failed to ask for a more definitive statement and are in agreement with libellant.

6.) WILSHIRE CREDIT CORP'S. PRESENTMENT fails to aver any first hand

knowledge of the facts therein.

7.) Averments of an attorney are not first hand evidence and serve as

hearsay testimony which is not admissible.

8.) I have perfected an administrative COUNTERCLAIM procedure to

exhaust my administrative remedies in this instant matter, see

Notary Protest.

9.) An examination of the Notary Protest will serve to establish that

WILSHIRE CREDIT CORP. BANK has agreed to be bound to the COUNTERCLAIM

obtained through the binding arbitration process of a Notary Protest, see

Notary Protest.

OVERVIEW OF FACTS

10.) On July 11,2007 Libellees sent a presentment to me demanding payment of a sum certain.

11.) I conditionally accepted that presentment upon WILSHIRE CREDIT CORP'S. continuing fiduciary duty to deal honestly and answer questions about the underlying obligation.

12.) The RECORD shows that WILSHIRE CREDIT CORP. refused and/or failed to provide the requested proof of claim.

    a. Provide the original note, both back and front, upon which the purported obligation arises,
    b. Provide evidence in the form of your book keeping entries that show where the "funds" originated.

13.) I am unschooled in law and if the terms I have used are confusing I apologize and will be honored to clarify any specific definition, in doubt, to settle and close this matter in harmony with the post bankruptcy public policy of the UNITED STATES inc.

14.) WILSHIRE CREDIT CORP. has at no time, indicated any confusion with my correspondence.

15.) WILSHIRE CREDIT CORP. has remained silent.

16.) WILSHIRE CREDIT CORP. had ample opportunity to ask for a more definitive statement.

17.) The RECORD shows that no such request for a more definitive statement was executed.

18.) Federal Rules of Civil Procedure provide for default judgment by the clerk for a failure to appear and defend.

19.) The Protest evidences WILSHIRE CREDIT CORP'S. agreement, consent and stipulation to my position.

20.) A declaratory judgment establishing WILSHIRE CREDIT CORP'S. default is appropriate.

In conclusion, I have been the victim of dishonorable predatory lending. I have not received an honest answer from anyone in this matter. My recourse to the "judiciary" is in an effort to resolve this matter in an honest and open forum. For any "judicial" officer to lower herself to ridiculing my presentment because of some deficiency in her ability to comprehend it is just one more substantial piece of evidence that establishes that the entire bank/court system is run by a cabal of ego inflated people who have, in their own minds, elevated themselves to an un-sustainable position of defacto rule.

My yea is my yea and my nay is my nay.

Dated this 15th day of February, 2008

_____
By: authorized representative
Without recourse

|   |   |   |
|---|---|---|
| 1 | DISTRIC COURT, STATE OF CALIFORNIA | |
| 2 | UNITED STATES DISTRICT COURT | |
| 3 | NORTHERN DISTRICT OF CALIFORNIA | |
| 4 | | |
| 5 | | |
| 6 | ERIC M. PENATE | ) Case No.: No. 08-0643 MHP |
| 7 | C/o 26021 Gettysburg Av., | ) **NOTICE OF ACCEPTANCE OF OATH OF** |
| 8 | Hayward, California Zip Code Exempt, | ) **OFFICE AND BOND** |
| 9 | Libellant, | ) |
| 10 | vs. | ) |
| 11 | WILSHIRE CREDIT CORP. et. Al. | ) |
| 12 | Suite 200 | ) |
| 13 | C/o P.O. Box 8157 | ) |
| 14 | Portland, Oregon [97207] | ) |
| 15 | Libellee, | ) |

16  Notice to the agent is notice to the principal, notice to the principal is
17  notice to the agent.
18  Re: NOTICE OF ACCEPTANCE OF OATH OF OFFICE AND BOND
19      Now, by special appearance, comes ERIC M. PENATE, the flesh and blood
20  man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I,
21  or the like, to make the following NOTICE with clean hands, full disclosure
22  and no intent to defraud, furthermore, the following first hand asseverations
23  are true, complete, certain and not meant to mislead Additionally this
24  presentment is not put forth for purposes of delay nor to request any B.A.R.
25  member attorned esquire, or agents thereof, to make any determinations for

ACCEPTANCE OF OATH AND BOND - 1 OF 3

me, legal or otherwise, including but not limited to any so called "overturning of a motion". This is not a motion. This is a NOTICE. If you are reading this then the presumption will operate that you have ACTUAL NOTICE of the subject matter herein and by acting contrary to this NOTICE you will be bound by its terms. Fail not under penalty of Law!

NOTICE is hereby given that:

1.) I am of legal age, competent to testify and under no legal disability.

2.) As the creditor and principal, I hereby formally accept the Oaths of Office and Bonds of MARILYN HALL PATEL esquire forming a contract in the common law.

Dated this 15TH day of February, 2008

By: authorized representative
Without recourse

ACCEPTANCE OF OATH AND BOND - 2 OF 3

1    DISTRICT COURT, STATE OF CALIFORNIA

2    UNITED STATES DISTRICT COURT

3    NORTHERN DISTRICT OF CALIFORNIA

4

5

6  ERIC M. PENATE                        ) Case No.: No. 08-0643 MHP
                                          )
7   C/o 26021 Gettysburg Av.,             ) **NOTICE OF APPOINTMENT OF FIDUCIARY**
                                          )
8  Hayward, California Zip Code Exempt,   ) **TRUSTEE**
                                          )
9            Libellant,                   )
                                          )
10       vs.                              )
                                          )
11 WILSHIRE CREDIT CORP. et. Al.          )
                                          )
12 Suite 200                              )
                                          )
13 C/o P.O. Box 8157                      )
                                          )
14 Portland, Oregon [97207]               )
                                          )
15 _____Libellee,_____)

16 Notice to the agent is notice to the principal, notice to the principal is

17 notice to the agent.

18 Re: APPOINTMENT OF FIDUCIARY TRUSTEE

19     Now, by special appearance, comes ERIC M. PENATE, the flesh and blood

20 man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I,

21 or the like, to make the following NOTICE with clean hands, full disclosure

22 and no intent to defraud, furthermore, the following first hand asseverations

23 are true, complete, certain and not meant to mislead Additionally this

24 presentment is not put forth for purposes of delay nor to request any B.A.R.

25 member attorned esquire, or agents thereof, to make any determinations for

MEMORANDUM - 1 OF 2

me, legal or otherwise, including but not limited to any so called "overturning of a motion". This is not a motion. This is a NOTICE. If you are reading this then the presumption will operate that you have ACTUAL NOTICE of the subject matter herein and by acting contrary to this NOTICE you will be bound by its terms. Fail not under penalty of Law!

NOTICE is hereby given that:

1.) I am of legal age, competent to testify and under no legal disability.

2.) As the creditor and principal, I hereby formally appoint MARILYN HALL PATEL esquire as fiduciary trustee for the purpose of using my exemption to settle and close any outstanding debt owed WILSHIRE CREDIT CORP..

Dated this 15 day of February, 2008

_____
By: authorized representative
Without recourse

|    |                                                      |
|----|------------------------------------------------------|
| 1  | DISTRICT COURT, STATE OF CALIFORNIA                  |
| 2  | UNITED STATES DISTRICT COURT                         |
| 3  | NORTHERN DISTRICT OF CALIFORNIA                      |

```
 6  ERIC M. PENATE                    )  Case No.: No. 08-0643 MHP
                                      )
 7  C/o 26021 Gettysburg Av.,         )  CERTIFICATE OF SERVICE
                                      )
 8  Hayward, California Zip Code Exempt, )
                                      )
 9           Libellant,               )
                                      )
10      vs.                           )
                                      )
11  WILSHIRE CREDIT CORP. et. Al.     )
                                      )
12  C/o P.O. Box 8157                 )
                                      )
13  Portland, Oregon [97207]          )
                                      )
14           Libellee,                )
                                      )
15 _____)
```

16                     CERTIFICATE OF SERVICE

17      Now, by special appearance, comes ERIC M. PENATE, the flesh and blood
18 woman and man, Sui Juris and unschooled in law, hereinafter referred to as
19 me, my, I, or the like, to make the following NOTICE with clean hands, full
20 disclosure and no intent to defraud, furthermore, the following first hand
21 asseverations are true, complete, certain and not meant to mislead.
22 NOTICE is hereby given that:

23
24   1.)   I am of legal age, competent to testify and under no legal
         disability.
25

CERTIFICATE OF SERVICE - 1 OF 2

1  2.)    This is to certify that on February 15, 2008 I placed a true and
2       accurate copy of the enclosed MEMORANDUM, NOTICE OF APPOINTMENT OF
3       FIDUCIARY TRUSTEE and NOTICE OF ACCEPTANCE OF OATHS AND BONDS in the U.
4       S. mail with postage prepaid and addressed as follows:
5  WILSHIRE CREDIT CORP. et. Al.
6  C/o P.O. Box 8157 Suite 200
7  Portland, Oregon [97207]
8       With certified mail number 7006 2150 0001 1104 9340

Dated this 15TH day of February, 2008

By: authorized representative
Without recourse

CERTIFICATE OF SERVICE - 2 OF 2