1
2
3                    UNITED STATES DISTRICT COURT
4                    NORTHERN DISTRICT OF CALIFORNIA
5
6

7   JULIO V. LLANOS                    ) Case No.: No. 08-0643 MHP
                                       )
8    C/o 175 Seville Street,           ) **NOTICE OF ACCEPTANCE OF OATH OF**
                                       )
9   San Francisco, California Zip Code ) **OFFICE AND BOND**
                                       )
10  Exempt,                            )
                                       )
11           Libellant,                )
                                       )
12       vs.                           )
                                       )
13  WASHINGTON MUTUAL et. Al.          )
                                       )
14  C/o P.O. Box 78148                 )
                                       )
15  Phoenix, Arizona [85062]           )
                                       )
16           Libellee,                 )

17  Notice to the agent is notice to the principal, notice to the principal is
18  notice to the agent.
19  Re: NOTICE OF ACCEPTANCE OF OATH OF OFFICE AND BOND
20      Now, by special appearance, comes Julio Llanos, the flesh and blood
21  man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I,
22  or the like, to make the following NOTICE with clean hands, full disclosure
23  and no intent to defraud, furthermore, the following first hand asseverations
24  are true, complete, certain and not meant to mislead Additionally this
25  presentment is not put forth for purposes of delay nor to request any B.A.R.

                    ACCEPTANCE OF OATH AND BOND - 1 OF 2

1  member attorned esquire, or agents thereof, to make any determinations for
2  me, legal or otherwise, including but not limited to any so called
3  "overturning of a motion". This is not a motion. This is a NOTICE. If you are
4  reading this then the presumption will operate that you have ACTUAL NOTICE of
5  the subject matter herein and by acting contrary to this NOTICE you will be
6  bound by its terms. Fail not under penalty of Law!
7  NOTICE is hereby given that:

   1.) I am of legal age, competent to testify and under no legal
       disability.
   2.) As the creditor and principal, I hereby formally accept the Oath
       of Office and Bond of PHYLLIS J. HAMILTON esquire forming a contract in
       the common law.

                                    Dated this  21st  day of February, 2008

                                    _____
                                    By: authorized representative
                                    Without recourse

.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO V. LLANOS | ) Case No.: No. 08-0643 MHP |
| | ) |
| C/o 175 Seville Street, | ) **CERTIFICATE OF SERVICE** |
| | ) |
| San Francisco, California Zip Code | ) |
| | ) |
| Exempt, | ) |
| | ) |
| Libellant, | ) |
| | ) |
| vs. | ) |
| | ) |
| WASHINGTON MUTUAL et. Al. | ) |
| | ) |
| C/o P.O. Box 78148 | ) |
| | ) |
| Phoenix, Arizona [85062] | ) |
| | ) |
| Libellee, | ) |

CERTIFICATE OF SERVICE

Now, by special appearance, comes JULIO V. LLANOS, the flesh and blood woman and man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead. NOTICE is hereby given that:

1.) I am of legal age, competent to testify and under no legal disability.

CERTIFICATE OF SERVICE - 1 OF 2

1  2.)     This is to certify that on February _____, 2008 I placed a true
2       and accurate copy of the enclosed MEMORANDUM, NOTICE OF APPOINTMENT OF
3       FIDUCIARY TRUSTEE and NOTICE OF ACCEPTANCE OF OATH AND BOND in the U.
4       S. mail with postage prepaid and addressed as follows:
5  WASHINGTON MUTUAL et. Al.
6  C/o P.O. Box 78148 Suite 200
7  Phoenix, Arizona [85062]
8       With certified mail number 7007 1490 0005 1250 6265
9
10                              Dated this 21st day of February, 2008
11                              By: Authorized representative
12                              Without recourse

CERTIFICATE OF SERVICE - 2 OF 2

```
                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| JULIO V. LLANOS | ) Case No.: No. 08-0643 MHP |
| C/o 175 Seville Street, | ) MEMORANDUM OF MORE DEFINITATIVE STATEMENT |
| San Francisco, California Zip Code | ) |
| Exempt, | ) |
| Libellant, | ) |
| vs. | ) |
| WASHINGTON MUTUAL et. Al. | ) |
| C/o P.O. Box 78148 | ) |
| Phoenix, Arizona [85062] | ) |
| Libellee, | ) |

## MEMORANDUM

Now, by special appearance, comes Julio Llanos, the flesh and blood man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, or the like, to make the following AFFIDAVIT with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead or delay.

1.) I am of legal age, competent to testify and under no legal disability.

2.) Libellant has filed an action for declaratory judgment as a result of libellee's breach of agreement.

3.) Libellant has exhausted his administrative remedies in this instant matter.

4.) Libellant seeks a default judgment as libellees have failed to rebut the complaint.

5.) Libellees have failed to ask for a more definitive statement and are in agreement with libellant.

6.) I have perfected an administrative COUNTERCLAIM procedure to exhaust my administrative remedies in this instant matter, see Notary Protest.

7.) An examination of the Notary Protest will serve to establish that WASHINGTON MUTUAL BANK has agreed to be bound to the COUNTERCLAIM obtained through the binding arbitration process of a Notary Protest, see Notary Protest.

## OVERVIEW OF FACTS

8.) On September 18, 2007 Libellees sent a presentment to me demanding payment of a sum certain.

9.) I conditionally accepted that presentment upon WASHINGTON MUTUAL'S continuing fiduciary duty to deal honestly and answer questions about the underlying obligation.

10.) The RECORD shows that WASHINGTON MUTUAL refused and/or failed to provide the requested proof of claim, such as,

    a. Provide the original note, both back and front, upon which the purported obligation arises,
    b. Provide evidence in the form of your book keeping entries that show where the "funds" originated.

11.) I am unschooled in law and if the terms I have used are confusing I apologize and will be honored to clarify any specific definition, in doubt, to settle and close this matter in harmony with the post bankruptcy public policy of the UNITED STATES inc.

12.) WASHINGTON MUTUAL has at no time, indicated any confusion with my correspondence.

13.) WASHINGTON MUTUAL has remained silent.

14.) WASHINGTON MUTUAL had ample opportunity to ask for a more

definitive statement.

15.) The RECORD shows that no such request for a more definitive statement was executed.

16.) Federal Rules of Civil Procedure provide for default judgment by the clerk for a failure to appear and defend.

17.) The Protest evidences WASHINGTON MUTUAL'S agreement, consent and stipulation to my position.

18.) A declaratory judgment establishing WASHINGTON MUTUAL'S default is appropriate.

In conclusion, I have been the victim of dishonorable predatory lending practices, or at the least, breach of agreement. I have not received an honest answer from anyone in this matter. My recourse to the "judiciary" is in an effort to resolve this matter in an honest and open forum. WASHINGTON MUTUAL is a U.S. bank chartered by the U.S. and subject to the licensing requirements to operate with clean hands that the U.S. has laid down. WASHINGTON MUTUAL is, as a matter of policy, operating without clean hands. WASHINGTON MUTUAL has agreed by silence that I am foreign to the jurisdiction that they answer to and I am calling on the authority vested with holding WASHINGTON MUTUAL responsible to do so. It is my intent and always has been to simply receive proof of their position, and absent that evidence then a correction of their records to indicate discharge.

My yea is my yea and my nay is my nay.

Dated this 21st day of February, 2008

By authorized representative
Without recourse