UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC M. PENATE,

        Plaintiff(s),

vs.

WILSHIRE CREDIT CORPORATION, et al.,

        Defendant(s).
_____/

Case No. 08-0643 MHP

**ORDER DISMISSING COMPLAINT WITHOUT LEAVE TO AMEND**

        This court dismissed plaintiff's complaint with leave to amend in accordance with the instructions in the order filed on February 5, 2008. Plaintiff has now filed two documents, one entitled "Memorandum of More Definitative [sic] Statement and the other entitled "Notice of Appointment of Fiduciary Trustee". Neither of these documents amounts to an amended complaint. They are garbled and undecipherable so that the court cannot determine the nature of plaintiff's claims. Since plaintiff has not been able to set forth a clear and plain statement of his claim in a manner that is comprehensible, the court must dismiss his complaint - - this time without leave to amend. Accordingly,

        IT IS HEREBY ORDERED that the "complaint", "memorandum" and "notice" filed herein are DISMISSED without leave to amend. Plaintiff shall file no further papers in this action.

Date: March 4, 2008

_____
MARILYN HALL PATEL
Judge
United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ERIC M. PENATE,

        Plaintiff,

v.

WILSHIRE CREDIT CORPORATION et al,

        Defendant.
                                  /

Case Number: CV08-00643 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric Miguel Penate
26021 Gettysburg Avenue
Hayward, CA

Dated: March 5, 2008

                                          Richard W. Wieking, Clerk
                                          By: Anthony Bowser, Deputy Clerk