UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC M. PENATE et. al. | ) Case No. C 08-0643 MHP |
| C/o 26021 Gettysburg Av., | ) VERIFIED NOTICE OF DEFAULT |
| Hayward, California Zip Code Exempt, | ) |
| Libellant, | ) |
| vs. | ) |
| WILSHIRE CREDIT CORPORATION et. Al. | ) |
| C/o P.O. Box 8517 | ) |
| Portaland, Oregon [97207] | ) |
| Libellee, | ) |

VERIFIED NOTICE OF DEFAULT

Now, by special appearance, comes Eric M. Penate, the flesh and blood man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, or the like, to make the following AFFIDAVIT with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead or delay.

1.) I am of legal age, competent to testify and under no legal disability.

2.) Libellant has filed an action for declaratory judgment as a result of libellee's breach of agreement.

3.) Libellant has exhausted his administrative remedies in this

VERIFIED NOTICE OF DEFAULT - 1 OF 3

instant matter.

4.) Libellant seeks a default judgment as libellees have failed to rebut the complaint.

5.) Libellees have failed to ask for a more definitive statement and are in agreement with libellant.

OVERVIEW OF FACTS

6.) On 7/11/07 Libellees sent a presentment to me demanding payment of a sum certain.

7.) I conditionally accepted that presentment upon WILSHIRE CREDIT CORPORATION'S continuing fiduciary duty to deal honestly and answer questions about the underlying obligation.

10.) I then sought to exhaust my administrative remedies.

11.) On January 28th I filed suit in UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, Case number C 08-643 MPH with the administrative procedure attached.

12.) THE RECORD shows that WILSHIRE CREDIT CORPORATION received service of summons on the 28th day of January 2008, see attached postal form 3811, registered mail number RR847404132US.

13.) The RECORD shows that WILSHIRE CREDIT CORPORATION has refused and/or failed to appear and defend.

14.) Twenty-eight days have passed since Case number C08-0643 MHP was filed.

15.) WILSHIRE CREDIT CORPORATION has remained silent.

16.) WILSHIRE CREDIT CORPORATION is not an infant or incompetent person.

17.) The RECORD shows that no request for a more definitive statement was executed by WILSHIRE CREDIT CORPORATION.

18.) Federal Rules of Civil Procedure provide for default judgment by

1   the clerk for a failure to appear and defend [rule 55(a)].

2   19.)   The Protest evidences WILSHIRE CREDIT CORPORATION'S agreement, consent and stipulation

3   to my position.

4   20.)   WILSHIRE CREDIT CORPORATION is in default.

5   21.)   A default judgment by the clerk establishing WILSHIRE CREDIT CORPORATION'S default is

6   appropriate.

7   22.)   A sum certain amount of USD 17,348,544.00 is due and owing libellant by libellee.

8   

9   23.)   WILSHIRE CREDIT CORPORATION and/or any other interested party has three days from the

10  verified receipt of this VERIFIED NOTICE OF DEFAULT to rebut this

11  AFFIDAVIT item by item and line by line or be forever esstopped by

12  default.

13  My yea is my yea and my nay is my nay.

                                    Dated this 12th day of March, 2008

                                    By: authorized representative
                                    Without recourse

1 UNITED STATES DISTRICT COURT

2 NORTHERN DISTRICT OF CALIFORNIA

5 ERIC M. PENATE,  ) Case No. 08-0643MPH
   )
6  C/o 26021 Gettysburg av.,  ) **CERTIFICATE OF SERVICE**
   )
7 Hayward, California Zip Code Exempt,  )
   )
8         Libellant,  )
   )
9     vs.  )
   )
10 WILOSHIRE CREDIT CORP. et. Al.  )
   )
11 C/o P.O. Box 78148  )
   )
12 Portland, Oregon [32878]  )
   )
13         Libellee,  )
   )
14 _____)

15                CERTIFICATE OF SERVICE

16     Now, by special appearance, comes ERIC M. PENATE, the flesh and blood

17 man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I,

18 or the like, to make the following NOTICE with clean hands, full disclosure

19 and no intent to defraud, furthermore, the following first hand asseverations

20 are true, complete, certain and not meant to mislead.

21 NOTICE is hereby given that:

22

23   11.)   I am of legal age, competent to testify and under no legal
              disability.

24

25

CERTIFICATE OF SERVICE - 1 OF 2

1  12.)   This is to certify that on March 12, 2008 I placed a true and
2  accurate copy of the enclosed VERIFIED NOTICE OF DEFAULT in the U. S.
3  mail with postage prepaid and addressed as follows:
4  WILSHIRE CREDIT CORP. et. Al.
5  C/o P.O. Box 8517
6  Portland, Oregon [97207]
7  With certified mail number 7006 3450 0001 2036 3066.

Dated this 12th day of March, 2008

_____
By: authorized representative
Without recourse

CERTIFICATE OF SERVICE - 2 OF 2