UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC M. PENATE | ) Case No. C 08-0643 MHP )  ) |
| C/o 26021 Gettysburg Ave., | ) **NOTICE OF ACCEPTANCE OF OATH OF** ) |
| Hayward, California Zip Code Exempt, | ) **OFFICE AND BOND** ) |
| Libellant, | ) ) |
| vs. | ) ) |
| WILSHIRE CREDIT CORPORATION et. Al. | ) ) |
| C/o P.O. Box 8517 | ) ) |
| Portland, Oregon [97207] | ) ) |
| Libellee, | ) ) |
| | ) |

Notice to the agent is notice to the principal, notice to the principal is notice to the agent.

Re: NOTICE OF ACCEPTANCE OF OATH OF OFFICE AND BOND

    Now, by special appearance, comes Eric M. Penate, the flesh and blood man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead Additionally this presentment is not put forth for purposes of delay nor to request any B.A.R. member attorney esquire, or agents thereof, to make any determinations for me, legal or otherwise, including but not limited to any so called

"overturning of a motion". This is not a motion. This is a NOTICE. If you are reading this then the presumption will operate that you have ACTUAL NOTICE of the subject matter herein and by acting contrary to this NOTICE you will be bound by its terms. Fail not under penalty of Law!

NOTICE is hereby given that:

1.) I am of legal age, competent to testify and under no legal disability.

2.) As the creditor and principal, I hereby formally accept the Oath of Office and Bond of GINA AugustiN, clerk forming a contract in the common law.

Dated this 20th day of March, 2008

By: authorized representative
Without recourse

*[handwritten: Check with Clerk]*

*[handwritten: 415 254-8813]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*[stamp: RECEIVED MAR 21 AM 9:06 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

| | |
|---|---|
| ERIC M. PENATE et. al. | ) Case No. C 08-0643 MHP |
| C/o 26021 Gettysburg Avenue, | ) ENTRY OF DEFAULT |
| Hayward, California Zip Code Exempt, | ) [F.R.C.P. 55(a)] |
| Libellant, | ) |
| vs. | ) |
| WILSHIRE CREDIT CORPORATION et. Al. | ) |
| C/o P.O. Box 8517 | ) |
| Portland, Oregon [97207] | ) |
| Libellee, | ) |

ENTRY OF DEFAULT

Libellant in the above captioned case seeks a default judgment as libellees have failed to answer and/or otherwise appear and defend the complaint.

1.) The RECORD shows that on January 28th, 2008 libellant filed suit in UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, Case number C 08-0643MHP.

2.) THE RECORD shows that WILSHIRE CREDIT CORPORATION received service of summons on the 1ST day of February, 2008, by Registered mail number RR847404132US.

3.) The RECORD shows that WILSHIRE CREDIT CORPORATION has refused and/or failed to answer and/or otherwise appear and defend.

ENTRY OF DEFAULT - 1 OF 2

4.) Twenty-eight days have passed since Case number C 08-0643 MHP was filed.

5.) THE RECORD shows that WILSHIRE CREDIT CORPORATION received the NOTICE OF DEFAULT on the 14th day of March 2008, by certified mail number 7006 3450 0001 2036 3066.

6.) Three days have passed since WILSHIRE CREDIT CORPORATION received the NOTICE OF DEFAULT.

7.) WILSHIRE CREDIT CORPORATION has remained silent.

8.) WILSHIRE CREDIT CORPORATION is not an infant or incompetent person.

9.) Federal Rules of Civil Procedure provide for default judgment by the clerk for a failure to appear and defend [rule 55(a)].

10.) WILSHIRE CREDIT CORPORATION is in default for refusal and/or failure to answer and/or otherwise appear and defend.

11.) A default judgment by the clerk establishing WILSHIRE CREDIT CORPORATION'S default is appropriate.

12.) A sum certain amount of $17,348,544.00 is due and owing libellant by libellee.

Therefore judgment by default is hereby entered for libellant against Libellee IN THE AMOUNT OF $17,348,544.00 plus costs.

_____
Clerk